THOMAS G. MC LAUGHLIN, *ET AL.*, PLAINTIFFS-APPEL-LANTS, v. WILLIAM BASSING, *ET AL.*, DEFENDANTS-RESPONDENTS.

Argued February 20, 1968—Decided April 1, 1968.

*Mr. Lewis Holland* argued the cause for appellants (*Messrs. Warren, Chasan, Leyner & Holland,* attorneys).

*Mr. James P. Beggans* argued the cause for respondents (*Messrs. Beggans and Keale,* attorneys).

PER CURIAM. The judgment is reversed for the reasons expressed in the dissenting opinion of Judge Sullivan in the Appellate Division, 100 *N. J. Super.* 67.

*For reversal* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, HALL and SCHETTINO—5.

*For affirmance*——None.